**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00804-LTB-MJW

COLLEEN A. McGOWAN,

    Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF HUMAN SERVICES
OFFICE OF CHILDREN, YOUTH & FAMILY SERVICES,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss (Doc 5 - filed May 25, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   June 21, 2007